THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANO SARACINAJ d/b/a DANO'S PUB, | : :  : CIVIL ACTION NO. 3:21-CV-793 |
| Plaintiff, | : : (JUDGE MARIANI) |
| v. | : : |
| NATIONWIDE INSURANCE CO. d/b/a SCOTTSDALE INSURANCE CO., LESLIE NESTER, and ROBERT TUSCANO, | : : : : : |
| Defendants. | : |

## ORDER

AND NOW, THIS 7th DAY OF JANUARY 2022, upon consideration of Plaintiff's Motion to Remand (Doc. 23) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Remand (Doc. 23) is **GRANTED**;

2. The above-captioned matter is **REMANDED** to the Court of Common Pleas of Luzerne County, Pennsylvania;

3. The Clerk of Court is directed to mark this case **CLOSED**.

Robert D. Mariani
United States District Judge